IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY R. WARD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HUNT TRANSPORTATION, INC., and CRETE CARRIER CORPORATION,<br><br>　　　　　　Defendants. | 8:24CV338<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice signed by counsel for all parties. Filing 25. The parties stipulate to the dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to pay its own costs and attorney fees. Filing 25 at 1. Accordingly,

　　　IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 25, is accepted, and this case is dismissed with prejudice, with each party to pay its own costs and attorney fees.

　　　Dated this 21st day of July, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　United States District Judge

1